# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

WILLIAM ASHTON WILLIS

VERSUS

TERRAL RIVER SERVICE, INC.,
XL SPECIALTY INSURANCE
COMPANY, STEVEN ADAMS,
GEORGE HARTSHORN, AND JOSH
EASTERLING

NO.   2021 CW 1059

**SEPTEMBER 30, 2021**

---

In Re:    William Ashton Willis, applying for supervisory writs,
          18th Judicial District Court, Parish of Pointe Coupee,
          No. 49329.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT